UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH OLMSTEAD                                                              PLAINTIFF
ADC #168357

V.                                    No. 4:21-CV-00815-JM

RODNEY WRIGHT, Sheriff
Saline County Sheriff's Office, *et al*.                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 1st day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE